*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

In re THURBER/RIOS-DUNKLEE, Minors.

UNPUBLISHED
December 15, 2022

No. 361600
Montcalm Circuit Court
Family Division
LC No. 2022-001042-NA

Before: GLEICHER, C.J., and MARKEY and RICK, JJ.

PER CURIAM.

Respondent-mother appeals the removal from her home of her four biological children and her two guardianship wards in this child protective proceeding. We dismiss this appeal as moot.

Respondent's biological children were returned to her custody with a case service plan following the court's adjudication. "An issue is moot when a subsequent event makes it impossible for this Court to grant relief." *Gleason v Kincaid*, 323 Mich App 308, 314; 917 NW2d 685 (2018). Respondent has already obtained the relief sought—a finding that her home is fit for children for the time being.

The court terminated respondent's guardianship over her two wards in separate proceedings and respondent has appealed those orders in Docket Nos. 362398 and 362399. Because of those orders, the court in this matter dismissed the wards as subjects of the child protective proceeding. As noted in our opinion resolving the consolidated guardianship appeals, we must remand for the lower court to make best-interest findings on the record. Even if those appeals are ultimately successful after remand, the issues raised in the present appeal would continue to be moot. The return of the wards to respondent's care will include a determination that the home is then safe for the children. If the children are again removed, that would be done in an entirely new proceeding based on separate grounds.

We dismiss.

/s/ Elizabeth L. Gleicher
/s/ Jane E. Markey
/s/ Michelle M. Rick